NO. SCWC-29210

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CFI INC., a Hawaiʻi Corporation,
Respondent/Plaintiff/Appellant,

vs.

HAMAKUA COAST REALTY, INC., a Hawaiʻi Corporation,
and DENIS FERRARI, Respondents/Defendants/Appellees,

and

ERNEST B. TEXEIRA,
Petitioner/Defendant-Third-Party Plaintiff/Appellee

and

ALA KAI REALTY, INC.,a Hawaiʻi Corporation,
Respondent/Defendant-Third-Party Plaintiff/Appellee,

and

TEX INC., a Hawaiʻi Corporation, et al.,
Respondent/Defendant/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29210; CIV. NO. 06-1-0380 (HILO))

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ., and Circuit
Court Judge Sakamoto, in place of Acoba, J., recused)

Petitioner/Defendant-Third-Party Plaintiff/Appellee

Ernest B. Texeira's amended petition for writ of certiorari,

filed on November 23, 2011, is hereby rejected.

DATED:    Honolulu, Hawai'i, December 28, 2011.

| | |
|---|---|
| Nelson H. Kinoshita | /s/ Mark E. Recktenwald |
| for petitioner/ | |
| defendant-third-party | /s/ Paula A. Nakayama |
| plaintiff/appellee on | |
| the petition. | /s/ James E. Duffy, Jr. |
| | |
| Douglas L. Halsted, | /s/ Sabrina S. McKenna |
| for respondent/plaintiff/ | |
| appellant on the opposition. | /s/ Karl K. Sakamoto |

